MOE PARIS et al., Respondents, *v.* LAWYERS' TITLE INSURANCE AND TRUST COMPANY, Appellant, and DAVID KRATENSTEIN et al., Respondents, Impleaded with Others.

Reported below, 141 App. Div. 866.
(Submitted November 20, 1911; decided November 28, 1911.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 30, 1910, affirming a judgment in favor of respondents herein, entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage wherein it was decided that a certain mechanic's lien had priority over a mortgage held by the appellant.

The motion was made upon the ground that the appeal was frivolous, no question of law being involved and said appeal being taken for purposes of delay only.

*Abraham H. Spigelgass* for motion.

*Philip S. Dean* opposed.

Motion denied, with ten dollars costs.